■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL SUTTON, Appellant.—Appeal by defendant from a judgment of the County Court, Westchester County (Lomanto, J.), rendered March 28, 1984, convicting him of attempted burglary in the second degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

The People's evidence at trial was legally sufficient to establish defendant's guilt of attempted burglary in the second degree (see, People v Coe, 99 AD2d 516). Lazer, J. P., Bracken, Weinstein and Kunzeman, JJ., concur.